McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
S. ROBERT TICE-RASKIN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
NOEL L. HILLMAN
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W., Suite 12100
Washington, D.C.  20005
Telephone: (202) 514-1412

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-03-0202 GEB |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| ) | |
| v. ) | |
| ) | |
| RACHHPAL SINGH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On September 12, 2003, defendant Rachhpal Singh entered a

guilty plea to a violation of 18 U.S.C. § 371 (conspiracy to

defraud the United States and to commit bribery and visa fraud).

As part of his plea agreement with the United States of America,

Rachhpal Singh agreed to pay a fine of $11,400.00 out of a total

of $17,600.00 in U.S. Currency that was seized from his residence

by the government on or about April 29, 2003.

A Stipulation and Order was filed December 2, 2003, that

authorized the United States Marshals Service to continue to

retain the $11,400.00 in U.S. Currency pending further order of

1

the Court.  The Stipulation and Order further authorized the
United States Marshals Service to return $6,200.00 in U.S.
Currency seized from Rachpal Singh's residence to Jasvir Singh
Gill (who previously filed a claim alleging that he was the
lawful owner of $6,700.00 in U.S. Currency of the $17,600.00 in
U.S. Currency that was seized.)

Rachpal Singh was sentenced on or about January 21, 2005,
and a fine of $10,900.00 was imposed.

Pursuant to an Amended Stipulation and Order filed January
31, 2005, the United Marshals Service returned an additional
$500.00 in U.S. Currency to Jasvir Singh Gill from the remaining
$11,400.00 in U.S. Currency that was seized from Rachpal Singh's
residence.  The order further authorized the United States
Marshals Service to continue to retain the $10,900.00 in U.S.
Currency pending further order of the court.

IT IS HEREBY ORDERED that:

The United States Marshals Service shall submit a check to
the Clerk of the Court for the Eastern District of California in
the amount of $10,900.00 from the $17,600.00 in U.S. Currency
seized on April 29, 2003, from the residence of Rachpal Singh as
payment for the fine imposed on Rachpal Singh at the time of
sentencing.

Dated:  May 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2