ORIGINAL                                                                                          ORIGINAL

Robert J. Beles Bar No. 41993
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3616
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
Attorney for Defendant RACHHPAL SINGH

# United States District Court
## Eastern District of California

| PEOPLE OF THE STATE OF CALIFORNIA, | No. **CR S-03-0202 GEB** |
|---|---|
| Plaintiff, | ORDER EXONERATING BAIL |
| vs. | |
| RACHHPAL SINGH, | |
| Defendant. | |

ORDER EXONERATING BAIL

Defendant, Rachhpal Singh, having voluntarily surrendered to the custody of Federal authorities at United States Prison - Atwater on February 25, 2005, as shown by the executed judgment filed on March 28, 2005, and good cause therefore appearing, this court orders that defendant's bail shall be exonerated and directs the clerk to return the posted cash, Receipt # 9353, to Angrej Singh.

Dated: May 5, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

---

1

Motion for Order Exonerating Bail; Declaration of Robert J. Beles;  Order Exonerating Bail